■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARVIN C. CAFFEE, JR., Appellant. [656 NYS2d 989] —Judgment unanimously affirmed. Counsel's application to withdraw granted *see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Niagara County Court, Fricano, J.—Attempted Criminal Possession Controlled Substance, 5th Degree.) Present—Pine, J.P., Lawton, Callahan, Doerr and Fallon, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHAD S., Appellant. [656 NYS2d 990] —Adjudication unanimously affirmed. Memorandum: Defendant contends that his waiver of indictment was ineffective because, at the time he waived indictment, he had not been held for the action of a Grand Jury as required by CPL 195.10 (1) (a). Contrary to defendant's contention, the record fails to establish that defendant did not waive a preliminary hearing, that a hearing was not held, or that the charges were still pending in City Court (*see,* CPL 180.30 [1]; 180.50 [4]; 180.70 [1]; *cf., People v Planty,* 216 AD2d 895). Because the record of the plea proceeding establishes that the Superior Court was satisfied with the waiver and executed an order to that effect (*see,* CPL 195.30), we may presume that the matter was properly before that court (*see, People v Mc-Carthy,* 186 AD2d 1067, *lv denied* 81 NY2d 843).

We further conclude that the sentence is not unduly harsh or severe. (Appeal from Adjudication of Supreme Court, Monroe County, Affronti, J.—Youthful Offender.) Present—Pine, J. P., Lawton, Callahan, Doerr and Fallon, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DALE PETERSON, Appellant. (Appeal No. 1.) [656 NYS2d 1024] —Judgment unanimously affirmed. Same Memorandum as in *People v Chad S.* (237 AD2d 986 [decided herewith]). (Appeal from Judgment of Monroe County Court, Bristol, J.—Burglary, 3rd Degree.) Present—Pine, J. P., Lawton, Callahan, Doerr and Fallon, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DALE PETERSON, Appellant. (Appeal No. 2.) [656 NYS2d 1024] —Judgment unanimously affirmed. Same Memorandum as in *People v Chad S.* (237 AD2d 986 [decided herewith]). (Appeal from Judgment of Monroe County Court, Bristol, J.—Attempted Forgery, 2nd Degree.) Present—Pine, J. P., Lawton, Callahan, Doerr and Fallon, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LOUIS E. WILLIAMS, Appellant. [656 NYS2d 990] —Judgment unanimously affirmed. Memorandum: Defendant contends that